## CHICAGO, R. I. & P. RY. CO. v. CO-OPERATIVE PUB. CO. et al.

No. 16044—Opinion Filed Feb. 9, 1926.

Rehearing Denied July 13, 1926.

### Case Followed.

The case of C., R. I. & P. Ry. Co. v. Oklahoma State Bank of Atoka, No. 16043. this day decided, 118 Okla. 129, 247 Pac. 31, controls in this appeal.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Atoka County; J. H. Linebaugh, Judge.

Motion by the Chicago, Rock Island & Pacific Railway Company to set aside a judgment rendered in favor of the Co-Operative Publishing Company and against the Board of County Commissioners of Atoka County, overruled. Chicago, Rock Island & Pacific Railway Company brings error. Affirmed.

A. T. Boys, W. R. Bleakmore, J. Barry, and W. F. Collins, for plaintiff in error.

J. B. Maxey, for defendants in error.

Opinion by STEPHENSON, C. The facts and questions of law which were involved in the case of Chicago, Rock Island & Pacific Railway Company v. State Bank of Atoka, 118 Okla. 129, 247 Pac. 31, are substantially the same as the facts and questions of law involved in this appeal. The first case referred to controls the disposition of this cause.

The judgment is affirmed.

By the Court: It is so ordered.